# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

136135

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LINSDEY M. MAREK, Deceased, STEVEN B.
MAREK, Guardian of Surviving Child,
      Plaintiff-Appellee,

v

                         SC: 136135
                         COA: 279607
                         WCAC: 06-000041

S.B. MAREK, L.L.C.,
      Defendant-Appellee,
and

AMERISURE MUTUAL INSURANCE
COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Workers' Compensation Appellate Commission solely for the ministerial task of issuing an order that conforms to the Commission's opinion regarding the minor child's entitlement to death benefits after 500 weeks. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008                       _____
t0616                                    Clerk